1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| VINCENT CASTILLO MARENTES, et al., | Case No. 15-cv-05616-RS |
| Plaintiffs, | |
| v. | **REFERRAL FOR RELATED CASE DETERMINATION** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this action is hereby referred to the Honorable Lucy H. Koh for a determination as to whether it should be deemed related to *State Farm Mutual Automobile Insurance Company v. Marentes*, 15-cv-02289-LHK.

**IT IS SO ORDERED**.

Dated: 12-14-15

_____
RICHARD SEEBORG
United States District Judge