UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINCENT CASTILLO MARENTES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 15-CV-05616-LHK<br><br>**ORDER REQUESTING STATEMENT FROM DEFENDANT AND ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

The Court ORDERS Defendant to file, by noon on June 29, 2016, a statement that specifies for each date, from and including June 29, 2016, to and including August 4, 2016, whether Cherie Sutherland ("Sutherland"), Jamie Radack ("Radack"), Stephen Ellingson ("Ellingson"), and Stephen Hayes ("Hayes") are available to defend the depositions of Barbara Wallace ("Wallace"), Craig Jacobs ("Jacobs"), Brad Partington ("Partington"), Richard Leigh ("Leigh"), Lauren Case ("Case"), and State Farm's Custodian of Records ("COR"). For any dates which they are unavailable, Sutherland, Radack, Ellingson, and Hayes must give specific reasons for their unavailability.

At the June 29, 2016 case management conference, the Clerk will call the instant action

1

Case No. 15-CV-05616-LHK
ORDER REQUESTING STATEMENT FROM DEFENDANT AND ORDER REGARDING CASE MANAGEMENT CONFERENCE

1  first.  The parties will then be directed to the Court's jury room, where the parties will decide
2  when the depositions of Wallace, Jacobs, Partington, Leigh, Case, and COR will be scheduled in
3  order to comply with the August 4, 2016 fact discovery cutoff.

4  **IT IS SO ORDERED.**

5  Dated:  June 28, 2016.

_____
LUCY H. KOH
United States District Judge

2
Case No. 15-CV-05616-LHK
ORDER REQUESTING STATEMENT FROM DEFENDANT AND ORDER REGARDING CASE
MANAGEMENT CONFERENCE