UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINCENT CASTILLO MARENTES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 15-CV-05616-LHK<br><br>**CASE MANAGEMENT ORDER** |

Attorney for Plaintiff Liudmela Bichegkueva: Jon-Marc Dobrin
Attorney for Plaintiff Vincent Marentes: Jordan Stanzler
Defendant's Attorney: Stephen Hayes

    A case management conference was held on June 29, 2016. A further case management conference is set for August 24, 2016, at 2:00 p.m. The parties shall file their joint case management statement by August 17, 2016.

    At the case management conference, the parties agreed to the following deposition schedule:

| Deposition Witness | Date of Deposition | Location |
|---|---|---|
| Vincent Marentes | July 6, 2016 | Mr. Stanzler's Office |
| Liudmela Bichegkueva | July 6, 2016 | Mr. Stanzler's Office |
| Richard Leigh | July 12, 2016 | Bloomington |

1

Case No. 15-CV-05616-LHK
CASE MANAGEMENT ORDER

| Barbara Wallace | July 15, 2016 | Bakersfield |
| --- | --- | --- |
| Craig Jacobs | July 15, 2016 | Bakersfield |
| Brad Partington | July 26, 2016 | Mr. Stanzler's Office |
| Defendant's Custodian of Records | August 1, 2016 | N/A |

With respect to the deposition of Lauren Case, Mr. Dobrin indicated that he would be available to take a deposition on every day from June 30, 2016 to July 23, 2016. Mr. Stanzler indicated that he or someone from his law firm would be available to take a deposition on every day from June 30, 2016 to August 4, 2016.

Defendant shall file a statement by June 30, 2016, at 5:00 p.m., indicating the availability of Defendant's counsel for Ms. Case's deposition on every day from June 30, 2016 to August 4, 2016. For any dates which are unavailable, Defendant's counsel must provide a reason for their unavailability. By July 5, 2016, Defendant's counsel will file a statement identifying the date of Ms. Case's deposition.

The case schedule remains as set. For the convenience of the parties, the case schedule is set forth below:

| Scheduled Event | Date |
| --- | --- |
| Close of Fact Discovery | August 4, 2016 |
| Opening Expert Reports | August 18, 2016 |
| Rebuttal Expert Reports | September 1, 2016 |
| Close of Expert Discovery | September 15, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | September 29, 2016 |
| Hearing on Dispositive Motions | November 10, 2016, at 1:30 p.m. |
| Final Pretrial Conference | January 12, 2017, at 1:30 p.m. |
| Jury Trial | January 30, 2017, at 9:00 a.m. |
| Length of Trial | 7 days |

**IT IS SO ORDERED.**

Dated: June 29, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-05616-LHK
CASE MANAGEMENT ORDER