UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINCENT CASTILLO MARENTES, and individual; LIUDMILA BICHEGKUEVA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 5:15-cv-05616-LHK (HRL)<br><br>**INTERIM ORDER RE DISCOVERY REPORT NO. 1**<br><br>Re: Dkt. No. 44 |

Non-party Kevin Cholakian filed a unilateral discovery report concerning subpoenas served by plaintiffs for his deposition and documents. The report states that plaintiffs would be filing their portion of the report on July 20. They have not. Additionally, copies of the subject subpoenas apparently were to be appended to the report. They are not.

This court's Standing Order re Civil Discovery Disputes requires the submission of joint discovery reports and provides that "[u]njustified delay or refusal to participate meaningfully in the preparation of the Joint Report is grounds for imposition of sanctions or entry of an order sought by the other side." On this record, however, this court cannot tell for certain whether there has been unjustified delay or refusal to participate meaningfully on plaintiffs' part. Accordingly, the court will consider what they have to say in response to Cholakian's report. No later than

1   **August 9, 2016**, plaintiffs shall submit their portion of the report (being mindful of the page limit
2   set by the Standing Order and the length of Cholakian's portion of the report).  Plaintiffs shall
3   append to their portion of the report the subpoenas that are at issue.
4        SO ORDERED.
5   Dated:   August 5, 2016

             _____
             HOWARD R. LLOYD
             United States Magistrate Judge

5:15-cv-05616-LHK Notice has been electronically mailed to:

Brian J. Finn     bfinn@cholakian.net

Cherie M. Sutherland     csutherland@hayesscott.com, csinclaire@hayesscott.com

Jamie A. Radack     jradack@hayesscott.com, acalderon@hayesscott.com

Jon-Marc Dobrin     jmdobrinlaw@gmail.com, danejdurham1@comcast.net

Jordan S. Stanzler     jstanzler@sfcfirm.com, jcurtiss@stanzlerlawgroup.com, jstanzler@stanzlerlawgroup.com, srodd@stanzlerlawgroup.com

Stephen M. Hayes     shayes@hayesscott.com, dcorpus@hayesscott.com

Stephen P. Ellingson     sellingson@hayesscott.com, acalderon@hayesscott.com